UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT,<br><br>       Plaintiff,<br><br> -against-<br><br>JUDGE JEFFREY S. ZELAN; MR. GALLEGO; MR. SCHELL; DEEANDRA HARDY; REGUS CITY MANAGER; PARK HOUSE PLAZA LLC; SECURITY PERSONNEL,<br><br>       Defendants. | 25-CV-5451 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION AND CURRENT ADDRESS |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

  Plaintiff submitted the complaint without the filing fees or an IFP application. Within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 25-CV-5451 (LTS).

  Plaintiff also filed this action without providing his mailing address.[1] The Court therefore directs Plaintiff, within 30 days, to provide a mailing address at which he can receive court documents.

---

[1] Plaintiff has filed other actions in this court in which he provided a mailing address of 104 West 40th Street, Suite 500, New York, New York 10018. Dockets in those cases, however, indicate that mail sent to that address has been returned to the court as undeliverable.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Clerk of Court is directed to provide a copy of this order to Plaintiff should he appear at the court's Pro Se Intake window. The order also will be viewable on the court's electronic docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 8, 2025
         New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge