UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT,<br><br>        Plaintiff,<br><br>     -against-<br><br>JUDGE JEFFREY S. ZELAN; MR. GALLEGO; MR. SCHELL; DEEANDRA HARDY; REGUS CITY MANAGER; PARK HOUSE PLAZA LLC; SECURITY PERSONNEL,<br><br>        Defendants. | 25-CV-5451 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated July 8, 2025, the Court directed Plaintiff, within thirty days, to provide a current address and to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees or provided a current address. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   August 29, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge

2