UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT,<br><br>                     Plaintiff,<br><br>-against-<br><br>JUDGE JEFFREY S. ZELAN; MR. GALLEGO; MR. SCHELL; DEEANDRA HARDY; REGUS CITY MANAGER; PARK HOUSE PLAZA LLC; SECURITY PERSONNEL,<br><br>                     Defendants. | 25cv5451 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 29, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 29, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge